Anonymous.

NEW-YORK,
May, 1806.

Cortelyou
v.
Vanbrundt.

Practice.
See 2 *Caines*,
30.

A motion was made to set aside an inquest taken by default, on an affidavit of *merits*. Counter-affidavits were offered on the part of the plaintiff.

*Per curiam.* Counter-affidavits are not to be received in such a case.

Rule granted.